JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD MESA, | No. CV 21-00480-CJC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| B. CATES, Warden, | |
| Respondents. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Date: March 1, 2021

_____
CORMAC J. CARNEY
United States District Judge